ALANNA B. CARBIS (CA Bar #264066)
alanna.carbis@cfpb.gov
LEANNE E. HARTMANN (CA Bar # 264787)
leanne.hartmann@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Telephone: (415) 645-6615
Fax: (415) 844-9788

Attorneys for Plaintiff
Bureau of Consumer Financial Protection

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>Plaintiff,<br><br>v.<br><br>FUTURE INCOME PAYMENTS, LLC; FIP, LLC; CASH FLOW INVESTMENT PARTNERS LLC; PENSION ADVANCE LLC; BUYSELLANNUITY INC.; CASH FLOW INVESTMENT PARTNERS EAST LLC; CASH FLOW INVESTMENT PARTNERS MIDEAST LLC; LUMPSUM PENSION ADVANCE ATLANTIC LLC; LUMPSUM PENSION ADVANCE SOUTHEAST LLC; LUMPSUM SETTLEMENT WEST LLC; PAS CALIFORNIA LLC; PAS GREAT LAKES LLC; PAS NORTHEAST LLC; PAS SOUTHWEST LLC; PENSION ADVANCE CAROLINAS LLC; PENSION ADVANCE MIDWEST LLC; PENSION LOANS SOUTH LLC; SCOTT KOHN; and DOES 1-100,<br><br>Defendants. | Case No. 8:18-cv-01654<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the above-referenced action. I represent Plaintiff Bureau of Consumer Financial Protection. My business address is 301 Howard Street, 12th Floor, San Francisco, CA 94105. I am a member of the California Bar and of this Court. On October 22, 2018, I served all of the named Defendants with the following documents:

**NOTICE OF ASSIGNMENT TO DISTRICT JUDGE JAMES V. SELMA AND MAGISTRATE JUDGE JOHN D. EARLY**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

**INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA**

**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)**

**INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON**

**WAIVER OF SERVICE OF SUMMONS**

by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail in San Francisco, California, addressed to: Scott Kohn, 2618 San Miguel #1830, Newport Beach, CA 92660.

I declare that I am permitted to practice before this Court at whose direction the service was made. Executed on October 22, 2018, at San Francisco, California.

/s/ Alanna B. Carbis
Alanna B. Carbis