1700 G Street NW
Washington, DC 20552



December 7, 2018

## <u>Via Email and U.S. Mail</u>

Mr. Scott Kohn
2618 San Miguel #1830
Newport Beach, CA 92660
Scottkohn88@yahoo.com

Re:   *Bureau of Consumer Financial Protection v. Future Income Payments et al.,*
        SACV18-01654 JLS (SSx) (C.D. Cal.)

Dear Mr. Kohn:

We are contacting you about the lawsuit the Bureau of Consumer Financial Protection
filed against Future Income Payments, LLC, you, and other affiliated entities, on
September 13, 2018, in the Central District of California. You waived service of the
summons on October 18, 2018, and were required to answer the complaint or file a
motion, under Federal Rule of Civil Procedure (FRCP) 12, by November 19, 2018. You
have not answered the complaint or filed a Rule 12 motion within the required time.

We would like to know whether and how you intend to respond. If we do not hear from
you by 5 p.m. Pacific Time on Friday, December 14, 2018, we intend to apply, pursuant
to FRCP 55(a), for a clerk's entry of default and, later, to move for default judgment
against all defendants named in the complaint.

If you have any questions, please do not hesitate to contact me at (415) 645-6615 or
alanna.carbis@cfpb.gov.

Sincerely,


Alanna B. Carbis
Enforcement Attorney

**consumerfinance.gov**